AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Rogaciano Jaramillo-Renteria

**CRIMINAL COMPLAINT**

Case Number: M-19- 905 -M

IAE   YOB: 1977
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 21, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Los Ebanos, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Rogaciano Jaramillo-Renteria was encountered by Border Patrol Agents near Los Ebanos, Texas on April 21, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 21, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 13, 2018 through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 5, 2015, the Defendant was convicted of 8 USC 1326, Illegal Re-Entry of a Previously Deported Alien and was sentenced to forty-seven (47) months confinement and three (3) years supervised release term.

Approved AUSA L. Garcia

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant
Julio C. Pena   Senior Patrol Agent

Sworn to before me and subscribed in my presence,

April 22, 2019   4:430 p.m.

Juan F. Alanis   , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer